IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS
E St Louis Division

William A White [
   Plaintiff [
[
v [ Case No: 20-cv- 20-751-JPG
[
Federal Bureau of Prisons, et [
  al [
[
   Defendants [
[

SWORN DECLARATION OF WILLIAM A WHITE AS TO EXHAUSTION
OF ADMINISTRATIVE REMEDY
-----------------------------------------------------------

I, William A White, do hereby aver under penalty of perjury this 17th day of July 2020 that the following is true and correct:

1) I am a federal prisoner serving 389 months imprisonment in the custody of the Federal Bureau of Prisons ("BOP") at the United States Penitentiary ("USP") -- Marion in Marion, Illinois.

2) To obtain medical care at USP-Marion, I must appear at a "sick call" and orally request that a "PA", a member of the Public Health Service, provide me with medical care or schedule me for an appointment with medical.

3) If I am dissatisfied with the outcome of a sick call, my only remedy is through the BOP's four-step administrative remedy process. I file a BP-8 with my unit team, which is to be answered within 10 days, then a BP-9 with the warden that takes 20 days, then a BP-10 with regional that takes 30 days, and, then, a BP-11 with central office that takes 40 days. (I abbreviate because I know the Court is familiar with the procedure).

4) On August 14, 2019, Dr Richard M Samuels, a neuropsychologist, diag-

-18-

nosed me with severe chronic Post-Traumatic Stress Disorder ("PTSD") and neurocognitive symptoms, including chronic Temporary Global Amnesia ("TGA"), periods of "thought dysfunction" or confusion, and, paranoid episodes, which usually strike early in the morning and last one to three hours.

5) On August 24, 2019, after receiving Dr Samuels' report, knowing that these neuro-cognitive symptoms are indicative of a brain injury, I went to sick call and spoke to a short male PA, name unknown, who stated that I would be called to medical; I later spoke to a female nurse at pill line who told me that I should be called to medical within three weeks of a sick call.

6) On September 16, 2019, having not been called to medical, I filed with Gary Burgess the BP-8 attached as Exh A(a).

7) Receiving no response to Exh A(a), I filed with Burgess the BP-9 attached as Exh A(c) on October 6, 2019.

8) On November 4, 2019, I received from Burgess the response to my BP-8 attached as Exh A(b), and, the response to my BP-9 attached as Exh A(d).

9) Following the instructions of Exh A(d), about November 5, 2019, I returned to sick call to again report my need for diagnosis and treatment. I showed Dr Samuels' report to PA Hughes, who told me that my injuries were "impossible", that I "should be dead", that Dr Samuels' report was "fake", and, that he "bet" that Dr Samuels "wouldn't testify to that in court," though I tried to explain that the report is in fact a summary of Dr Samuels' anticipated testimony. Despite this, Hughes stated that he would record my sick call.

10) Three weeks later, November 26, 2019, I filed the BP-8 of Exh A(e) with Kathy Hill.

11) Receiving no response to my BP-8, I filed the BP-9 of Exh A(f) on December 24, 2019.

12) On January 8, 2020, I was informed that my BP-9 was rejected because it duplicated the BP-9 of Exh A(c)-(d), even though it obviously referred to a different sick call and was not a duplicate; I was instructed to file a BP-10 with regional. Exh A(g).

13) On or about January 9, 2020, I mailed the BP-10 of Exh A(h) to the North Central Regional Office, First Class postage prepaid.

14) On February 6, 2020, I received the response of Exh A(i) stating that my BP-10 was "untimely" because I was allegedly appealing the BP-9 of Exh A(c)-(d) and not the BP-9 of Exh A(f).

15) As the response of Exh A(i) was clearly erroneous, I appealed it that same day by mailing the BP-11 of Exh A(j), First Class postage prepaid, to the BOP central office.

16) On March 12, 2020, I received the rejection letter of Exh A(k), which I then discussed with Burgess. Burgess informed me that the people handling the remedies were "messing with me." He came back some days later and stated that any remedy I sought regarding the ongoing denial of medical care would be referred to the original BP-9 and deemed untimely regardless of the facts.

17) As I have no administrative remedy available, I now bring suit.

Having so averred, I sayeth no more under oath.

_____
William A White